IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Patrick G. Ford,
**(Name)**
00438774,
**(Prison Id. No.)**

_____,
**(Name)**
_____,
**(Prison Id. No.)**

**Plaintiff(s)**

*(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)*

Civil Action No. _____
*(To be assigned by the Clerk's Office. Do not write in this space.)*

v.

Rutherford County,
**(Name)**
Sheriffs Office,
**(Name)**

**Defendant(s)**

JURY TRIAL REQUESTED \_\_\_YES \_\_\_NO

*(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)*

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED
PURSUANT TO 42 U.S.C. § 1983**

I. **PARTIES TO THIS LAWSUIT**

  A. Plaintiff(s) bringing this lawsuit:

   1. Name of the first plaintiff: Patrick Ford
      Prison I.D. No. of the first plaintiff: 00438774
      Address of the first plaintiff: 940 New Salem Hwy.
      Murfreesboro TN 37129

      Status of Plaintiff: CONVICTED (X)    PRETRIAL DETAINEE (\_\_\_)

   2. Name of the second plaintiff: _____
      Prison I.D. No. of the second plaintiff: _____
      Address of the second plaintiff: _____

      Status of Plaintiff: CONVICTED (\_\_\_)    PRETRIAL DETAINEE (\_\_\_)

Revised 11/2014

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: **Mike Fitzhugh**
   Place of employment of the first defendant: **R.C.A.D.C. Rutherford County Sheriffs office**
   First defendant's address: **940 New Salem Hwy. Murfreesboro TN 37129**

   Named in official capacity? ___Yes  _X_No ?
   Named in individual capacity? _X_Yes  ___No

2. Name of the second defendant: **Chief Henderson**
   Place of employment of the second defendant: **R.C.A.D.C.**
   Second defendant's address: **940 New Salem Hwy. Murfreesboro TN 37129**

   Named in official capacity? ___Yes  _X_No ?
   Named in individual capacity? _X_Yes  ___No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

II. **JURISDICTION**

A. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

If you wish to assert jurisdiction under different or additional statutes, you may list them below:

3.) Name of the third defendant: Captain Little
Place of employment of third defendant: R.C.A.D.C.
~~Official capacity? X Yes ___ No Individual capacity X~~
Third defendants address: 940 New Salem Hwy Murfreesboro TN 37129
Official capacity? ___ yes X No
Individual capacity? X yes ___ No

4.) Name of the fourth defendant: Sgt. Johnson
Place of employment of fourth defendant: R.C.A.D.C.
Official capacity? ___ yes X No   Individual capacity X yes ___ No
fourth defendants address: 940 New Salem Hwy
Murfreesboro, TN 37129

5.) Name of the fifth defendant: R.C.A.D.C
Place of employment: R.C.A.D.C.
Defendants address: 940 New Salem Hwy
Murfreesboro TN 37129
Official capacity? X yes ___ No
Individual capacity? ___ yes X No

III. **PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

   A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?  ___Yes  _X_No

   B. If you checked the box marked "Yes" above, provide the following information:

   1. Parties to the previous lawsuit:

      Plaintiffs _____

      Defendants _____

   2. In what court did you file the previous lawsuit? __N/A__

      (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

   3. What was the case number of the previous lawsuit? __N/A__

   4. What was the Judge's name to whom the case was assigned? __N/A__

   5. What type of case was it (for example, habeas corpus or civil rights action)? __N/A__

   6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) __N/A__

   7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? __N/A__

   8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) __N/A__

   9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit? ___Yes ___No

   *(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

IV. **EXHAUSTION**

A. Are the facts of your lawsuit related to your present confinement?

　　**X** Yes　　___ No

B. If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____

C. Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

　　___ Yes　　**X** No

*(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

D. Have you presented these facts to the prison authorities through the state grievance procedure?　___ Yes　___ No

E. If you checked the box marked "Yes" in question III.D above:

　1. What steps did you take? _____

　2. What was the response of prison authorities? _____

F. If you checked the box marked "No" in question IV.D above, explain why not. _____

G. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?　**X** Yes　___ No

H. If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?　**X** Yes　___ No

I. If you checked the box marked "Yes" in question III.H above:

　1. What steps did you take? _filed grievances, spoken to staff_

2. What was the response of the authorities who run the detention facility? ____
   replied "noted"

J. If you checked the box marked "No" in question IV.H above, explain why not. ____

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

I'm being denied behavorial credits as well as access to rehabilitative programs and classes

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

I am receiving 0 behavioral credits and being denied access to rehabilitative programs and classes that are required for parole.

**VII. RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

Requesting to be sent to my time building facility / TDOC

I request a jury trial. ___Yes  _X_No

**VIII. CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: Patrick Ford          Date: _____
Prison Id. No. 00438774
Address (Include the city, state and zip code.): 940 New Salem Hwy

Signature: _____          Date: _____
Prison Id. No. _____
Address (Include the city, state and zip code.): _____

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.



**PRIORITY MAIL**
**LEGAL FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

# UNITED STATES POSTAL SERVICE | PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**RECEIVED**
**JUL 28 2025**
**US DISTRICT COURT**
**MID DIST TENN**

## LEGAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

PS00001000060
Legal Flat Rate Envelope
EP14L October 2023
OD: 15 x 9.5

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

**USPS PRIORITY MAIL®**

LEGAL MAIL SENT BY AN INMATE AT~ Patrick Ford
940 NEW SALEM HWY
RUTHERFORD COUNTY SHERIFF'S OFFICE
MURFREESBORO TN 37129-3335

SHIP TO: United States District Court
For the Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN 37203

**USPS TRACKING #**
9405 5012 0652 2044 8846 23

**FOR DOMESTIC USE ONLY**